UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| ELAINE L. CHAO, Secretary of Labor, | § | |
| United States Department of Labor | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. G-05-674 |
| | § | |
| M&D, INC., | § | |
| d/b/a MARCELO'S FAJITA GRILL | § | |
| and MARCELO GARCIA | § | |

## FINAL JUDGMENT

On April 18, 2007, this Court granted the Motion for Summary Judgment of Plaintiff, Elaine L. Chao, Secretary of Labor of the United States Department of Labor, in its entirety.

It is, therefore, **ORDERED** and **ADJUDGED** that Plaintiff **RECOVER** from Defendants, M&D, Inc., d/b/a Marcelo's Fajita Grill and Marcelo Garcia, jointly and severally, the sum of **$17,831.66** as back wages and a like sum of **$17,831.66** as liquidated damages.

It is further **ORDERED** and **ADJUDGED** that Defendants M&D, Inc., d/b/a Marcelos Fajita Grill and Marcelo Garcia are **PERMANENTLY** enjoined and **RESTRAINED** from committing future violations of 29 U.S.C. §§ 206, 207 and 215(a)(2).

**THIS IS A FINAL JUDGMENT.**

**DONE** at Galveston, Texas, this _____18th_____ day of April, 2007.

_____
John R. Froeschner
United States Magistrate Judge